IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: May 13, 2008

Civil Action No. 08–cv–00665–EWN–KLM

*Parties:*

JINGJING GENETIC, INC.,
    f/k/a IND Lifetech, Inc.,

    Plaintiff,

v.

XY, INC., a Colorado corporation,

    Defendant.

*Counsel:*

Harry Arkin, Michael Levy, and Christopher Mansfield

Ian Saffer and Elham Firouzi

## COURTROOM MINUTES

**Hearing on Motion for Preliminary Injunction**

**4:02 p.m.**    Court in session.

Court reviews status of filings and states it is prepared to rule on the papers.

Parties stand on documents already filed.

Court's findings.

**ORDERED:**    **The Plaintiff's Verified Motion for "Anti-Suit" Injunction, with Prior Notice to Defendant, Pursuant to Fed.R.Civ.P. 65(a) (#2, filed April 1, 2008) is DENIED.**

**4:31 p.m.**	Court in recess.

Hearing concluded.

Total time in court:  00:29